(Rev. 6/20/12)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Eric Neuer, et al., | ) |
| | ) |
| Plaintiff(s), | ) CIVIL ACTION |
| | ) CASE NO.  2:14-CV-2319 |
| | ) |
| v. | ) |
| | ) |
| Dental Resource Systems, Inc., et al., | ) |
| | ) |
| Defendant(s). | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that James K. Borcia be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

                              DENTAL RESOURCE SYSTEMS, INC.

                By:    /s/ Joseph Gagnon
                                  One of Its Attorneys

Joseph Gagnon
Gagnon Law Firm, LLC
504 Center Street, Ste E
P.O. Box 208
Lathrop, MO 64465
Phone: 816-740-4541
Fax: 888-267-9158