## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| ERIC NEUER, doing business as Prairie Pointe Orthodontics, P.A., on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DENTAL RESOURCE SYSTEMS, INC. et al., <br><br> Defendants. | Case No. 2:14-CV-2319 |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

**PLAINTIFF**

ERIC NEUER doing business as Prairie Pointe Orthodontics, P.A.

By:/s Ari Rodopoulos
    One of Its Attorneys
Ari Rodopoulos (ari@woodlaw.com)
Wood Law Firm
1100 Main Street, Suite 1800
Kansas City, MO 64105
(816) 256-3582

**DEFENDANTS**

DENTAL RESOURCE SYSTEMS, INC., JOHN C. HARRIS, MARK W. MONTGOMERY and RICHARD AMY

By/   James K. Borcia
    One of Their Attorneys
James K. Borcia
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000